IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :   **CRIMINAL NO. ELH-00-100** |
| | : |
| **THOMAS EDWARD CARTER,** | : |
| | : |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the government's Exhibits 1 through 4 to its Response in Opposition be filed under seal as they contain sensitive information concerning the defendant's medical records.

WHEREFORE, it is respectfully requested that the government's Exhibits 1 through 4 to its response in opposition be filed UNDER SEAL.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  /s/ Paul Budlow
Paul Budlow
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201